Alexander C. YARNALL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9600.

United States Court of Appeals Third Circuit.

Argued Oct. 4, 1948.

Decided Oct. 12, 1948.

H. Ober Hess, of Philadelphia, Pa. (William R. Spofford and Ballard, Spahr, Andrews & Ingersoll, all of Philadelphia, Pa., on the brief), for petitioner.

Morton K. Rothschild, of Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., and George A. Stinson and Lee A. Jackson, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before MARIS, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

The decision of the Tax Court will be affirmed for the reasons stated in the opinion of Judge Murdock, 9 T.C. 616, with which we are in full accord.

Angelo Alex ZAMBRONI, Appellant, v. UNITED STATES of America, Appellee.

No. 10573.

United States Court of Appeals Sixth Circuit.

Oct. 21, 1948.

C. P. J. Mooney and L. E. Gwinn, both of Memphis, Tenn., for appellant.

John Brown, of Memphis, Tenn., for appellee.

Before HICKS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel. Upon consideration whereof it is ordered and adjudged that the judgment appealed from be and the same is reversed upon the authority of the case of Blunden et al. v. United States of America, 169 F.2d 991, decided by this court September 13, 1948; and the case is remanded to the District Court with instructions to enter a judgment dismissing the indictment.